**STATE of Missouri, Respondent,**

v.

**Larry Dean BUSHNELL, Appellant.**

**No. WD 45152.**

Missouri Court of Appeals,
Western District.

April 7, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 2, 1992.

Application to Transfer Denied
July 21, 1992.

Roy W. Brown, Brown & Brown, Kearney, for appellant.

Donald G. Stouffer, Asst. Pros. Atty., Marshall, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and HANNA, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of driving while intoxicated, § 577.010, RSMo 1986, and from a sentence of thirty days' confinement and a $300 fine.

The judgment is affirmed. Rule 30.25(b).